# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 20, 2017

155922 & (53)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SHAWNN TEKALU MAYBERRY,
      Defendant-Appellant.

SC: 155922
COA: 331178
Kent CC: 14-007173-FC

_____/

On order of the Court, the motion for leave to file supplemental authority is GRANTED. The application for leave to appeal the April 18, 2017 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 20, 2017



Clerk

p1213